IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| POWERVIBE, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 307-CV1536-K |
| | § | |
| PATRICK BARBARA, | § | |
| | § | |
| Defendant. | § | |

---

## DEFENDANT PATRICK BARBARA'S CERTIFICATE OF INTEREST OF PERSONS

---

Pursuant to Rule 3.1(f) of the Local Rules for the United States District Court for the Northern District of Texas, Defendant Patrick Barbara certifies that the following list contains, to the best of his knowledge, all of the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and other entities who may be financially interested in the outcome of this litigation:

I.

1.      Patrick Barbara.

2.      Daniel Kondos.

3.      Christian Reichardt.

4.      J. Mark Bragg, attorney for Plaintiff.

5.      Powervibe, L.L.C.

6.      Shawn K. Brady, counsel for Patrick Barbara.

DEFENDANT PATRICK BARBARA'S CERTIFICATE OF INTEREST OF PERSONS – PAGE 1
BARBARA\PLDGS\001.CERT.INTEREST.PERSON.DISTRICT\SKB-ALH

Dockets.Justia.com

Respectfully submitted,


/s/Shawn K. Brady
Shawn K. Brady
Texas Bar No. 00787126

MESSER, CAMPBELL & BRADY

6351 Preston Road
Suite 350
Frisco, Texas 75034
(972) 424-7200 Telephone
(972) 424-7244 Facsimile

Attorney for
Patrick Barbara

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2007, a true and correct copy of the above and foregoing has been delivered by certified mail, return receipt requested to J. Mark Bragg, LAW OFFICES OF J. MARK BRAGG, 5700 W. Plano Parkway, Suite 3400, Plano, Texas 75093.


/s/Shawn K. Brady
Shawn K. Brady