IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| POWERVIBE, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 307-CV1536-K |
| | § | |
| PATRICK BARBARA, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT PATRICK BARBARA'S FIRST AMENDED MOTION TO DISMISS

**CAME ON** for consideration Defendant Patrick Barbara's First Amended Motion to Dismiss filed in the above-referenced cause. The Court, having reviewed the motion, is of the opinion it has merit and should be granted. Therefore, it is:

**ORDERED, ADJUDGED AND DECREED** that this entire case shall be, and the same is hereby, dismissed, with each party bearing their own costs as incurred.

SIGNED this _____ day of _____, 2007.

_____
JUDGE PRESIDING

ORDER GRANTING DEFENDANT PATRICK BARBARA'S FIRST AMENDED MOTION TO DISMISS – PAGE 1
BARBARA\PLDGS\001.ORD.1ST.AMEND.MTD.DISTRICT\SKB-ALH

Dockets.Justia.com